**No. 10-5306. Rufino Osorio, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 914, 131 S. Ct. 274, 178 L. Ed. 2d 181, 2010 U.S. LEXIS 7128.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5307. Jean J. Merilien, Petitioner v. William Danforth, Warden.**

562 U.S. 914, 131 S. Ct. 274, 178 L. Ed. 2d 181, 2010 U.S. LEXIS 7070.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5308. Donald R. Martin, Petitioner v. United States.**

562 U.S. 914, 131 S. Ct. 274, 178 L. Ed. 2d 181, 2010 U.S. LEXIS 7344.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 371 Fed. Appx. 638.

**No. 10-5310. Gregory Ruff, Petitioner v. Florida.**

562 U.S. 914, 131 S. Ct. 280, 178 L. Ed. 2d 181, 2010 U.S. LEXIS 7136.

October 4, 2010. Petition for writ of certiorari to the Supreme Court of Florida denied.

Same case below, 28 So. 3d 45.

**No. 10-5311. Robert James Spears, Petitioner v. Walter A. McNeil, Secretary, Florida Department of Corrections.**

562 U.S. 914, 131 S. Ct. 275, 178 L. Ed. 2d 181, 2010 U.S. LEXIS 7042.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 10-5313. Daniel Ogwoka Siringi, Petitioner v. United States.**

562 U.S. 914, 131 S. Ct. 275, 178 L. Ed. 2d 181, 2010 U.S. LEXIS 7366.

October 4, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 372 Fed. Appx. 494.

**No. 10-5314. Kenneth R. Roberts, Petitioner v. Florida.**

562 U.S. 915, 131 S. Ct. 275, 178 L. Ed. 2d 181, 2010 U.S. LEXIS 6861.

October 4, 2010. Petition for writ of certiorari to the District Court of Appeal of Florida, Second District, denied.

Same case below, 30 So. 3d 503.